IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WELLINGTON EMANUEL CLARKE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL CASE NO. 2:20-cv-902-ECM |
| WARDEN BUTLER, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On January 23, 2024, the Magistrate Judge entered a Recommendation (doc. 58) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 58) is ADOPTED;

2. The Defendants' Answers and Special Reports (docs. 17, 25) are construed as motions for summary judgment, and the motions for summary judgment (docs. 17, 25) are GRANTED;

3. This case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 13th day of February, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE